THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEARIE C. BOWMAN | * | |
| Plaintiff | * | |
| v | * | Civil Action No. JKB-14-4039 |
| FRANK GROSS, et al. | * | |
| Defendants | * | |
| | *** | |

## MEMORANDUM AND ORDER

Now pending before the Court is the DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT (ECF No. 13). The Plaintiff has not responded to the Defendants' Motion.

Upon consideration of the full record in the case, including especially the Defendants' Memorandum of Law (ECF No. 13-1) and exhibits (ECF No. 13-2 through 13-8), and for the reasons stated in the Defendants' Memorandum of Law, the Motion to Dismiss is GRANTED, on both grounds proffered by the Defendants. Further, had the Court not concluded that the case should be dismissed for the reasons proffered, then the Court would have granted the Defendants' alternative motion for summary judgment as the Court concludes that there is no genuine issue of material fact presented in the record.

The Court having ordered that the Motion to Dismiss be granted, it further directs the Clerk to CLOSE THIS CASE.

DATED this 17th day of September, 2015.

                BY THE COURT:

                _____/s/_____

                James K. Bredar
                United States District Judge